**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE:                                                               **CASE NO.: 19-27945-JKS**
                                                                            **CHAPTER 13**

**Madhu Agarwal**
*aka* **Madhu B Agarwal**
*aka* **Madhubala Agarwal,**

    **Debtor.**

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

     **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of THE BANK OF NEW YORK MELLON AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-21A ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                       RAS Crane, LLC
                                       Attorney for Secured Creditor
                                       10700 Abbott's Bridge Road
                                       Suite 170
                                       Duluth, GA 30097
                                       Telephone: 470-321-7112
                                       By: /s/Shauna Deluca
                                       Shauna Deluca, Esquire
                                       Email: sdeluca@rasflaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 1, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

NICHOLAS FITZGERALD
FITZGERALD & CROUCH, P.C.
649 NEWARK AVENUE
JERSEY CITY, NJ 07306

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

MADHU AGARWAL
419 ESPLANADE
MAYWOOD, NJ 07607

                                                    RAS Crane, LLC
                                                    Attorney for Secured Creditor
                                                    10700 Abbott's Bridge Road
                                                    Suite 170
                                                    Duluth, GA 30097
                                                    Telephone: 470-321-7112
                                                    By: /s/Shauna Deluca
                                                    Shauna Deluca, Esquire
                                                    Email: sdeluca@rasflaw.com