| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (NEWARK)** | |
| **RAS Crane, LLC** <br> 10700 Abbott's Bridge Road, Suite 170 <br> Duluth, GA 30097 <br> Telephone Number 470-321-7112 <br> Attorneys for Secured Creditor <br> **THE BANK OF NEW YORK MELLON as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-21A** <br><br> Shauna Deluca, Esq. (SD-8248) | CASE NO.: 19-27945-JKS <br><br> CHAPTER 13 <br><br><br> **Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:** <br><br> **Madhu Agarwal** <br> *aka* **Madhu B Agarwal** <br> *aka* **Madhubala Agarwal,** <br><br>     Debtor. | |

## <u>OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN</u>

THE BANK OF NEW YORK MELLON as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-21A ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 3), and states as follows:

1. Debtor, Madhu Agarwal ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on September 20, 2019.

2. Secured Creditor holds a security interest in the Debtor's real property located at 419 Esplanade, Maywood, NJ 07607, by virtue of a Mortgage recorded on November 1, 2002 in Book 11812, at Page 598 of the Public Records of Bergen County, NJ.  Said Mortgage secures a Note in the amount of $272,000.00.

3. The Debtor filed a Chapter 13 Plan on September 20, 2019.

4. The Plan includes payments toward the Note and Mortgage with Secured Creditor, however the figures used by the Debtor are inaccurate. It is anticipated that Secured Creditor's claim will show an estimated pre-petition arrearage owed to Secured Creditor

in the amount of approximately $58,686.14, whereas the Plan acknowledges only $25,000.00. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $58,686.14 as the pre-petition arrearage over the life of the plan, subject to the final figures in the anticipated proof of claim.

5. The Plan does not appear feasible due to inadequate treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

> RAS Crane, LLC
> Attorney for Secured Creditor
> 10700 Abbott's Bridge Road, Suite 170
> Duluth, GA 30097
> Telephone Number 470-321-7112
> By: /s/Shauna Deluca
> Shauna Deluca, Esquire
> NJ Bar Number  SD-8248
> Email: sdeluca@rasflaw.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (NEWARK)** | |
| **RAS Crane, LLC**<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone Number 470-321-7112<br>Attorneys for Secured Creditor<br>**THE BANK OF NEW YORK MELLON as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-21A**<br><br>Shauna Deluca, Esq. (SD-8248) | CASE NO.: 19-27945-JKS<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| In Re:<br><br>**Madhu Agarwal**<br>*aka* **Madhu B Agarwal**<br>*aka* **Madhubala Agarwal,**<br><br>   Debtor. | |

## CERTIFICATION OF SERVICE

1. I, Shauna Deluca, represent THE BANK OF NEW YORK MELLON as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-21A in this matter.

2. On October 17, 2019, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 17, 2019    RAS Crane, LLC
　　　　　　　　　　　　　Attorney for Secured Creditor
　　　　　　　　　　　　　10700 Abbott's Bridge Road, Suite 170
　　　　　　　　　　　　　Duluth, GA 30097
　　　　　　　　　　　　　Telephone Number 470-321-7112
　　　　　　　　　　　　　By: /s/Shauna Deluca
　　　　　　　　　　　　　Shauna Deluca, Esquire
　　　　　　　　　　　　　NJ Bar Number  SD-8248

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Nicholas Fitzgerald<br>Fitzgerald & Crouch, P.C.<br>649 Newark Avenue<br>Jersey City, NJ 07306 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Madhu Agarwal<br>419 Esplanade<br>Maywood, NJ 07607 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |