UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Crouch P.C.
Nicholas Fitzgerald, Esq. (NF6129)
649 Newark Avenue
Jersey City, NJ 07306
Phone (201) 533-1100
Counsel for the Debtor

In Re:

Madhu Agarwal

Case No.: 19-27945

Chapter: 13

Adv. No.:

Hearing Date:

Judge: Sherwood

## CERTIFICATION OF SERVICE

1. I, __Deblyn Corbin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Debtor__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __October 17, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Respecting Amended Schedule E/F

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __10/17/19__      Signature: _(signed)_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Englewood Health<br>350 Engle Street<br>Englewood, NJ 07631 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gastroentology Assoc of NJ<br>842 Clifton Avenue<br>Clifton, NJ 07013 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Imaging Subspecialists of North Jersey LLC<br>PO Box 3607<br>Evansville, IN 47735 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| St Joseph's Health<br>St Joseph's University Medical Center<br>703 Main Street<br>Paterson, NJ 07503 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gastroentology Assoc of NJ<br>PO Box 51074<br>Newark, NJ 07101-5174 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Imaging Subspecialists of North Jersey LLC<br>703 Main Street<br>Paterson, NJ 07503 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*