UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FITZGERALD & CROUCH, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Fax: 201-533-1111
Attorney for the Debtor

**Order Filed on December 2, 2019**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

MADHU AGARWAL

| | |
|---|---|
| Case No.: | 19-27945 |
| Chapter: | 13 |
| Judge: | Sherwood |

### ORDER AUTHORIZING RETENTION OF

Fitzgerald & Crouch, P.C.

The relief set forth on the following page is **ORDERED**.

**DATED: December 2, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____ Fitzgerald & Crouch, P.C. _____

as _____ special counsel _____, it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.
The professional's address is:  Fitzgerald & Crouch, P.C.

649 Newark Avenue

Jersey City, NJ 07306

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.    If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.    The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*