Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−27945−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Madhu Agarwal
   aka Madhu B Agarwal, aka Madhubala
   Agarwal
   419 Esplanade
   Maywood, NJ 07607

Social Security No.:
   xxx−xx−0311

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 9/20/2019 and a confirmation hearing on such Plan has been scheduled for 11/14/2019.

The debtor filed a Modified Plan on 12/18/2019 and a confirmation hearing on the Modified Plan is scheduled for 1/23/2020 AT 8:30AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: December 19, 2019
JAN: rh

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-27945-JKS
Madhu Agarwal                                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Dec 19, 2019
                              Form ID: 186             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db          +Madhu Agarwal,    419 Esplanade,    Maywood, NJ 07607-1959
sp          +Fitzgerald & Crouch, P.C.,    649 Newark Avenue,    Jersey City, NJ 07306-2303
cr          +The Bank Of New York Mellon,    RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,
              Duluth, GA 30097-8461
518469312   +Deutsche Bank National Trust Company,    1761 E St Andrew PL,    Santa Ana, CA 92705-4934
518469313   +Eckert Seamans Cherin & Mellot LLC,    Gateway IV, Suite 401,    100 Mulberry St.,
              Newark, NJ 07102-4056
518501482   +Englewood Health,    350 Engle Street,    Englewood, NJ 07631-1898
518602311   +Englewood Hospital,    CCCB,   P.O. Box 1750,    Whitehouse Station, NJ 08889-1750
518501483   +Gastroenterology Assoc,    of NJ,   842 Clifton Avenue,    Clifton, NJ 07013-1800
518501486    Gastroenterology Assoc,    of NJ,   PO Box 51074,    Newark, NJ 07101-5174
518501487   +Imaging Subspecialists,    of North Jersey L,    703 Main Street,    Paterson, NJ 07503-2621
518501484   +Imaging Subspecialists,    of North Jersey L,    PO Box 3607,    Evansville, IN 47735-3607
518469314   +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518469315   +Nissan Motor Acceptance Corp/Infiniti,    Attn: Bankruptcy,    Po Box 660360,
              Dallas, TX 75266-0360
518469316   +RAS Cintron LLC,    130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
518501485   +St. Joseph's Health,    St Josephs University,    Medical Center,    703 Main Street,
              Paterson, NJ 07503-2621
518469317   +Stern Lavinthal & Frankenberg LLC,    105 Eisenhower Parkway, Suite 302,
              Roseland, NJ 07068-1640
518579583   +THE BANK OF NEW YORK MELLON,    P.O. Box 619096,    Dallas TX 75261-9096
518491023   +The Bank Of New York Mellon,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
              Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2019 00:41:54     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2019 00:41:50     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518500504    E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 20 2019 00:37:49
              Advanta Bank Corporation,    Resurgent Capital Services,    PO Box 10368,
              Greenville, SC 29603-0368
518589461   +E-mail/Text: bncmail@w-legal.com Dec 20 2019 00:42:02     CarePoint Health - Physican CHMG,
              C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE 400,    SEATTLE, WA 98121-3132
518598546    E-mail/Text: jennifer.chacon@spservicing.com Dec 20 2019 00:42:52
              Deutsche Bank National Trust Company et al,,    c/o Select Portfolio Servicing, Inc.,
              P.O. Box 65250,    Salt Lake City, UT 84165-0250
518579872    E-mail/PDF: resurgentbknotifications@resurgent.com Dec 20 2019 00:39:11     LVNV Funding LLC,
              c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518469318    E-mail/Text: bankruptcy@td.com Dec 20 2019 00:41:56     TD Bank,    Attn: Bankruptcy,
              1701 Rt 70 E,    Cherry Hill, NJ 08034
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518469311       Carmen Gonzalez
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Dec 19, 2019
                              Form ID: 186             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2019 at the address(es) listed below:
        Marie-Ann Greenberg    magecf@magtrustee.com
        Nicholas Fitzgerald    on behalf of Debtor Madhu Agarwal Fitz2Law@gmail.com
        Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et Al... rsolarz@kmllawgroup.com
        Sarah J. Crouch    on behalf of Debtor Madhu Agarwal 7943@notices.nextchapterbk.com, nadiafinancial@gmail.com;sarah@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
        Shauna M Deluca    on behalf of Creditor    The Bank Of New York Mellon sdeluca@rasflaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 6