UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Sarah J. Crouch, Esq.,/SC1174
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

Case No.: 19-27945
Chapter: 13
Adv. No.: 
Hearing Date: 01/23/2020
Judge: Sherwood

In Re:
Madhu Agarwal

## CERTIFICATION OF SERVICE

1. I, _____Nadia Loftin_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Sarah J. Crouch, Esq.__, who represents __Madhu Agarwal__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __December 24, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Modified Chapter 13 Plan and
   Notice of Modification of chapter 13 Plan Prior to Confirmation; Fixing Times to Reject Plan. Combined with Notice Thereof

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __December 24, 2019__    _____
                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Madhu Agarwal<br>419 Esplanade<br>Maywood, NJ 07607 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rebecca A. Solarz, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Attorneys for Deutsche Bank National Trust Company | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RAS CRANE, LLC<br>10700 ABBOTT'S BRIDGE ROAD,<br>SUITE 170<br>DULUTH, GA 30097<br>Attorneys for THE BANK OF NEW YORK MELLON | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# Creditors

**Advanta Bank Corporation**
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(518500504)
(cr)

**CarePoint Health - Physican CHMG**
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVE., STE 400
SEATTLE, WA 98121

(518589461)
(cr)

**Carmen Gonzalez**

(518469311)
(cr)

**Deutsche Bank National Trust Company**
1761 E St Andrew PL
Santa Ana, CA 92705

(518469312)
(cr)

**Deutsche Bank National Trust Company et al,**
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

(518598546)
(cr)

**Eckert Seamans Cherin & Mellot LLC**
Gateway IV, Suite 401
100 Mulberry St.
Newark, NJ 07102

(518469313)
(cr)

**Englewood Health**
350 Engle Street
Englewood, NJ 07631

(518501482)
(cr)

**Englewood Hospital**
CCCB
P.O. Box 1750
Whitehouse Station, NJ 08889

(518602311)
(cr)

**Gastroenterology Assoc**
of NJ
PO Box 51074
Newark, NJ 07101-5174

(518501486)
(cr)

**Gastroenterology Assoc**
of NJ
842 Clifton Avenue
Clifton, NJ 07013

(518501483)
(cr)

**Imaging Subspecialists**
of North Jersey L

(518501487)
(cr)

703 Main Street
Paterson, NJ 07503

**Imaging Subspecialists**
of North Jersey L
PO Box 3607
Evansville, IN 47735

(518501484)
(cr)

**LVNV Funding LLC**
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(518579872)
(cr)

**Mr. Cooper**
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019

(518469314)
(cr)

**Nissan Motor Acceptance Corp/Infiniti**
Attn: Bankruptcy
Po Box 660360
Dallas, TX 75266

(518469315)
(cr)

**RAS Cintron LLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004

(518469316)
(cr)

**St. Joseph's Health**
St Josephs University
Medical Center
703 Main Street
Paterson, NJ 07503

(518501485)
(cr)

**Stern Lavinthal & Frankenberg LLC**
105 Eisenhower Parkway, Suite 302
Roseland, NJ 07068

(518469317)
(cr)

**TD Bank**
Attn: Bankruptcy
1701 Rt 70 E
Cherry Hill, NJ 08034

(518469318)
(cr)

**The Bank Of New York Mellon**
RAS Crane, LLC
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097

(518491023)
(cr)

**THE BANK OF NEW YORK MELLON**
P.O. Box 619096
Dallas TX 75261-9741

(518579583)
(cr)