UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Sarah J. Crouch, Esq.,/SC1174
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:

Madhu Argarwal

Case No.: 19-27945

Chapter: 13

Adv. No.:

Hearing Date:

Judge: Sherwood

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Sarah J. Crouch, Esq.__, who represents __Madhu Argarwal__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __January 2, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Authorizing Retention of Anthony Gralewski, Esq.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: January 2, 2020

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Madhu Agarwal<br>419 Esplanade<br>Maywood, NJ 07607 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony Gralewski, Esq.<br>55 College Street<br>Jersey City, NJ 07305 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |