| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (NEWARK)** | |
| **RAS Crane, LLC** <br> 10700 Abbott's Bridge Road, Suite 170 <br> Duluth, GA 30097 <br> Telephone Number 470-321-7112 <br> Attorneys for Secured Creditor <br> **THE BANK OF NEW YORK MELLON as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-21A** <br><br> Shauna Deluca, Esq. (SD-8248) | CASE NO.: 19-27945-JKS <br><br> CHAPTER 13 <br><br><br> **Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:** <br><br> **Madhu Agarwal** <br> *aka* **Madhu B Agarwal** <br> *aka* **Madhubala Agarwal,** <br><br>     **Debtor.** | |

## **OBJECTION TO CONFIRMATION OF DEBTOR'S MODIFIED CHAPTER 13 PLAN**

The Bank Of New York Mellon As Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-21A ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Modified Chapter 13 Plan (DE # 27), and states as follows:

1. Debtor, Madhu Agarwal ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on September 20, 2019.

2. Secured Creditor holds a security interest in the Debtor's real property located at 210 Fulton Ave, Jersey City, NJ 07305, by virtue of a Mortgage recorded on October 15, 2002 in Book 9329, at Page 094 of the Public Records of Hudson County, NJ.  Said Mortgage secures a Note in the amount of $127,500.00.

3. The Debtor filed a Modified Chapter 13 Plan on December 18, 2019.

4. The Plan proposes to cure Secured Creditors claim through a sale of the real property. Thus far, sale of the real property has not been offered or approved by Secured Creditor. Creditor objects to this treatment of its claim until approval has been granted.

5. Debtor's Plan is speculative in nature in that the Plan is silent as to what efforts are being undertaken to sell the property and what will occur in the event the sale is not consummated by the proposed completion date. Furthermore, the Plan has not confirmed that the proceeds from any potential sale of the real property will satisfy Secured Creditor's lien in full.

6. The Plan does not appear feasible due to inadequate treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Dated: January 10, 2020

        RAS Crane, LLC
        Attorney for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA 30097
        Telephone Number 470-321-7112
        By: /s/Shauna Deluca
        Shauna Deluca, Esquire
        NJ Bar Number SD-8248
        Email: sdeluca@rasflaw.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (NEWARK)** | |
| **RAS Crane, LLC**<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone Number 470-321-7112<br>Attorneys for Secured Creditor<br>**THE BANK OF NEW YORK MELLON as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-21A**<br><br>Shauna Deluca, Esq. (SD-8248) | CASE NO.: 19-27945-JKS<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Madhu Agarwal**<br>*aka* **Madhu B Agarwal**<br>*aka* **Madhubala Agarwal,**<br>    **Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, Shauna Deluca, represent The Bank Of New York Mellon As Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-21A in this matter.

2. On January 10, 2020, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Objection to Confirmation of Plan.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 10, 2020

        RAS Crane, LLC
        Attorney for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA 30097
        Telephone Number 470-321-7112
        By: /s/Shauna Deluca
        Shauna Deluca, Esquire
        NJ Bar Number SD-8248
        Email: sdeluca@rasflaw.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sarah J. Crouch<br>Fitzgerald & Crouch, P.C.<br>649 Newark Avenue<br>Jersey City, NJ 07306 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Madhu Agarwal<br>419 Esplanade<br>Maywood, NJ 07607 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |