FITZGERALD & CROUCH, PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 19-27945

| Re: | MADHU AGARWAL | | Atty: | FITZGERALD & CROUCH, PC |
|---|---|---|---|---|
| | 419 ESPLANADE | | | 649 NEWARK AVE |
| | MAYWOOD,  NJ  07607 | | | JERSEY CITY, NJ  07306 |

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/07/2019 | $853.00 | 3504941 | 11/06/2019 | $853.00 | 3549405 |
| 12/09/2019 | $853.00 | 3549456 | 01/10/2020 | $853.00 | 3524919 |

**Total Receipts: $3,412.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $3,412.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 177.44 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CARMEN GONZALEZ | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | DEUTSCHE BANK NATIONAL TRUST COM | MORTGAGE ARRI | 375,359.00 | 100.00% | 0.00 | 0.00 |
| 0004 | NATIONSTAR MORTGAGE LLC, D/B/A MR | MORTGAGE ARRI | 63,082.88 | 100.00% | 0.00 | 0.00 |
| 0005 | NISSAN MOTOR ACCEPTANCE CORP/INF | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | TD BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | NATIONSTAR MORTGAGE LLC, D/B/A MR | MORTGAGE ARRI | 33,887.36 | 100.00% | 0.00 | 0.00 |
| 0012 | NATIONSTAR MORTGAGE LLC, D/B/A MR | MORTGAGE ARRI | 76,402.63 | 100.00% | 0.00 | 0.00 |
| 0013 | NISSAN MOTOR ACCEPTANCE CORP/INF | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | ADVANTA BANK CORPORATION | UNSECURED | 11,020.88 | 0.00% | 0.00 | 0.00 |
| 0015 | ENGLEWOOD HOSPITAL | UNSECURED | 214.12 | 0.00% | 0.00 | 0.00 |
| 0016 | GASTROENTEROLOGY ASSOC. OF NJ | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | IMAGING SUBSPECIALIST OF NORTH JER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | SAINT JOSEPH'S HOSPITAL & MEDICAL C | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0019 | LVNV FUNDING LLC | UNSECURED | 163.50 | 0.00% | 0.00 | 0.00 |
| 0020 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 188.90 | 0.00% | 0.00 | 0.00 |

**Total Paid: $177.44**
See Summary

**Chapter 13 Case # 19-27945**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $3,412.00          -      Paid to Claims: $0.00          -      Admin Costs Paid: $177.44      =      Funds on Hand: $3,234.56

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.