Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  19−27945−JKS
                    Chapter:  13
                    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Madhu Agarwal
   aka Madhu B Agarwal, aka Madhubala
   Agarwal
   419 Esplanade
   Maywood, NJ 07607

Social Security No.:
   xxx−xx−0311

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             2/27/20
Time:            08:30 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 21, 2020
JAN: mg

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Madhu Agarwal  
    Debtor

Case No. 19-27945-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Feb 21, 2020  
                     Form ID: 132     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2020.

```
db              +Madhu Agarwal,    419 Esplanade,    Maywood, NJ 07607-1959
aty             +Anthony F. Gralewski,    55 College Ave.,    Jersey City, NJ 07305-1513
sp              +Fitzgerald & Crouch, P.C.,    649 Newark Avenue,    Jersey City, NJ 07306-2303
cr              +The Bank Of New York Mellon,    RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,
                  Duluth, GA 30097-8461
518469312       +Deutsche Bank National Trust Company,    1761 E St Andrew PL,    Santa Ana, CA 92705-4934
518469313       +Eckert Seamans Cherin & Mellot LLC,    Gateway IV, Suite 401,    100 Mulberry St.,
                  Newark, NJ 07102-4056
518501482       +Englewood Health,    350 Engle Street,    Englewood, NJ 07631-1898
518602311       +Englewood Hospital,    CCCB,    P.O. Box 1750,    Whitehouse Station, NJ 08889-1750
518501486        Gastroenterology Assoc,    of NJ,    PO Box 51074,    Newark, NJ 07101-5174
518501483       +Gastroenterology Assoc,    of NJ,    842 Clifton Avenue,    Clifton, NJ 07013-1800
518501484       +Imaging Subspecialists,    of North Jersey L,    PO Box 3607,    Evansville, IN 47735-3607
518501487       +Imaging Subspecialists,    of North Jersey L,    703 Main Street,    Paterson, NJ 07503-2621
518469314       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518469315       +Nissan Motor Acceptance Corp/Infiniti,    Attn: Bankruptcy,    Po Box 660360,
                  Dallas, TX 75266-0360
518469316       +RAS Cintron LLC,    130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
518501485       +St. Joseph's Health,    St Josephs University,    Medical Center,    703 Main Street,
                  Paterson, NJ 07503-2621
518469317       +Stern Lavinthal & Frankenberg LLC,    105 Eisenhower Parkway, Suite 302,
                  Roseland, NJ 07068-1640
518579583       +THE BANK OF NEW YORK MELLON,    P.O. Box 619096,    Dallas TX 75261-9096
518491023       +The Bank Of New York Mellon,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                  Duluth, GA 30097-8461
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2020 00:41:47      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2020 00:41:45      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518500504        E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 22 2020 00:44:43
                  Advanta Bank Corporation,    Resurgent Capital Services,    PO Box 10368,
                  Greenville, SC 29603-0368
518589461       +E-mail/Text: bncmail@w-legal.com Feb 22 2020 00:41:55      CarePoint Health - Physican CHMG,
                  C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE 400,    SEATTLE, WA 98121-3132
518598546        E-mail/Text: jennifer.chacon@spservicing.com Feb 22 2020 00:42:26
                  Deutsche Bank National Trust Company et al,,    c/o Select Portfolio Servicing, Inc.,
                  P.O. Box 65250,    Salt Lake City, UT 84165-0250
518579872        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2020 00:45:20      LVNV Funding LLC,
                  c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518469318        E-mail/Text: bankruptcy@td.com Feb 22 2020 00:41:49      TD Bank,    Attn: Bankruptcy,
                  1701 Rt 70 E,    Cherry Hill, NJ 08034
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518469311         Carmen Gonzalez
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                          Signature: /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Feb 21, 2020
                              Form ID: 132             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
             Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
            Marie-Ann Greenberg    magecf@magtrustee.com
            Nicholas Fitzgerald    on behalf of Debtor Madhu Agarwal Fitz2Law@gmail.com
            Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
             Al... rsolarz@kmllawgroup.com
            Sarah J. Crouch    on behalf of Debtor Madhu Agarwal sarahcrouchlaw@gmail.com,
             nadiafinancial@gmail.com;sarah@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
            Shauna M Deluca    on behalf of Creditor    The Bank Of New York Mellon sdeluca@rasflaw.com
            Sindi Mncina    on behalf of Creditor    The Bank Of New York Mellon smncina@rascrane.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```