UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

Case No.: 19-27945

Chapter: 13

In Re:

Madhu Agarwal

Adv. No.:

Hearing Date:

Judge: Sherwood

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Madhu Agarwal__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __April 1, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Modified Chapter 13 Plan Before Confirmation

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 1, 2020

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Madhu Agarwal<br>419 Esplanade<br>Maywood, NJ 07607 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# Creditors

Advanta Bank Corporation
Resurgent Capital Services                    (518500504)
PO Box 10368                                  (cr)
Greenville, SC 29603-0368

CarePoint Health - Physican CHMG
C/O WEINSTEIN & RILEY, PS                     (518589461)
2001 WESTERN AVE., STE 400                    (cr)
SEATTLE, WA 98121

Carmen Gonzalez                               (518469311)
                                              (cr)

Deutsche Bank National Trust Company
1761 E St Andrew PL                           (518469312)
Santa Ana, CA 92705                           (cr)

Deutsche Bank National Trust Company et al,
c/o Select Portfolio Servicing, Inc.          (518598546)
P.O. Box 65250                                (cr)
Salt Lake City, UT 84165-0250

Eckert Seamans Cherin & Mellot LLC
Gateway IV, Suite 401                         (518469313)
100 Mulberry St.                              (cr)
Newark, NJ 07102

Englewood Health
350 Engle Street                              (518501482)
Englewood, NJ 07631                           (cr)

Englewood Hospital
CCCB                                          (518602311)
P.O. Box 1750                                 (cr)
Whitehouse Station, NJ 08889

Gastroenterology Assoc
of NJ                                         (518501486)
PO Box 51074                                  (cr)
Newark, NJ 07101-5174

Gastroenterology Assoc
of NJ                                         (518501483)
842 Clifton Avenue                            (cr)
Clifton, NJ 07013

Imaging Subspecialists                        (518501487)
of North Jersey L                             (cr)

703 Main Street
Paterson, NJ 07503

**Imaging Subspecialists**
of North Jersey L
PO Box 3607
Evansville, IN 47735

(518501484)
(cr)

**LVNV Funding LLC**
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(518579872)
(cr)

**Mr. Cooper**
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019

(518469314)
(cr)

**Nissan Motor Acceptance Corp/Infiniti**
Attn: Bankruptcy
Po Box 660360
Dallas, TX 75266

(518469315)
(cr)

**RAS Cintron LLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004

(518469316)
(cr)

**St. Joseph's Health**
St Josephs University
Medical Center
703 Main Street
Paterson, NJ 07503

(518501485)
(cr)

**Stern Lavinthal & Frankenberg LLC**
105 Eisenhower Parkway, Suite 302
Roseland, NJ 07068

(518469317)
(cr)

**TD Bank**
Attn: Bankruptcy
1701 Rt 70 E
Cherry Hill, NJ 08034

(518469318)
(cr)

**The Bank Of New York Mellon**
RAS Crane, LLC
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097

(518491023)
(cr)

**THE BANK OF NEW YORK MELLON**
P.O. Box 619096
Dallas TX 75261-9741

(518579583)
(cr)