UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:

Madhu Agarwal

Case No.: 19-27945

Chapter: 13

Adv. No.:

Hearing Date: 04/23/2020

Judge: Sherwood

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Madhu Agarwal__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __April 1, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order on Motion to Vacated Dismissal of Chapter 13 Case and Notice of Confimation Hearing scheduled for April 23, 2020 @ 8:30 am

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __April 1, 2020__

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Madhu Agarwal<br>419 Esplanade<br>Maywood, NJ 07607 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

## Creditors

Advanta Bank Corporation
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(518500504)
(cr)

CarePoint Health - Physican CHMG
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVE., STE 400
SEATTLE, WA 98121

(518589461)
(cr)

Carmen Gonzalez

(518469311)
(cr)

Deutsche Bank National Trust Company
1761 E St Andrew PL
Santa Ana, CA 92705

(518469312)
(cr)

Deutsche Bank National Trust Company et al,
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

(518598546)
(cr)

Eckert Seamans Cherin & Mellot LLC
Gateway IV, Suite 401
100 Mulberry St.
Newark, NJ 07102

(518469313)
(cr)

Englewood Health
350 Engle Street
Englewood, NJ 07631

(518501482)
(cr)

Englewood Hospital
CCCB
P.O. Box 1750
Whitehouse Station, NJ 08889

(518602311)
(cr)

Gastroenterology Assoc
of NJ
PO Box 51074
Newark, NJ 07101-5174

(518501486)
(cr)

Gastroenterology Assoc
of NJ
842 Clifton Avenue
Clifton, NJ 07013

(518501483)
(cr)

Imaging Subspecialists
of North Jersey L

(518501487)
(cr)

703 Main Street
Paterson, NJ 07503

Imaging Subspecialists
of North Jersey L                                  (518501484)
PO Box 3607                                        (cr)
Evansville, IN 47735

LVNV Funding LLC
c/o Resurgent Capital Services                     (518579872)
PO Box 10587                                       (cr)
Greenville, SC 29603-0587

Mr. Cooper
Attn: Bankruptcy                                   (518469314)
8950 Cypress Waters Blvd                           (cr)
Coppell, TX 75019

Nissan Motor Acceptance Corp/Infiniti
Attn: Bankruptcy                                   (518469315)
Po Box 660360                                      (cr)
Dallas, TX 75266

RAS Cintron LLC                                    (518469316)
130 Clinton Road, Suite 202                        (cr)
Fairfield, NJ 07004

St. Joseph's Health
St Josephs University                              (518501485)
Medical Center                                     (cr)
703 Main Street
Paterson, NJ 07503

Stern Lavinthal & Frankenberg LLC                  (518469317)
105 Eisenhower Parkway, Suite 302                  (cr)
Roseland, NJ 07068

TD Bank
Attn: Bankruptcy                                   (518469318)
1701 Rt 70 E                                       (cr)
Cherry Hill, NJ 08034

The Bank Of New York Mellon
RAS Crane, LLC                                     (518491023)
10700 Abbotts Bridge Road, Suite 170               (cr)
Duluth, GA 30097

THE BANK OF NEW YORK MELLON                        (518579583)
P.O. Box 619096                                    (cr)
Dallas TX 75261-9741