|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY (NEWARK)**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**RAS Citron, LLC**<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone:  973-575-0707<br>Facsimile: 973-404-8886<br><br><br>Shauna Deluca, Esq. (SD-8248) | **Order Filed on April 20, 2020**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>**Madhu Agarwal**<br>*aka* **Madhu B Agarwal**<br>*aka* **Madhubala Agarwal,**<br><br>     Debtor. | Case No.:  19-27945-JKS<br><br>Chapter:   13<br><br>Hearing Date:  April 9, 2020<br><br>Judge:   John K. Sherwood |

### INTERIM ORDER ON SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 20, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**

THIS MATTER having come before the Court on the Motion for Relief from the Automatic Stay (the "Motion") filed by RAS Citron, LLC, attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper, as servicer for The Bank of New York Mellon as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-21A (the "Secured Creditor") with respect to the real property commonly known as 419 Esplanade, Maywood, NJ 07607 (the " Subject Property"), and debtor Madhu Agarwal (the "Debtor"), by and through her counsel, Nicholas Fitzgerald, having opposed the Motion; and for good cause shown, it is ORDERED AND DECREED as follows:

1. The hearing on Secured Creditor's Motion, filed on February 25, 2020 at Docket Entry No. 41, is hereby adjourned to May 14, 2020 at 10:00 A.M.

2. The Debtor shall make an adequate protection payment in the amount of $1,727.27 directly to Secured Creditor on or before May 14, 2020. This payment is to be made in good funds via **certified check**.

3. Payments to the Secured Creditor shall be made to the following address:

    - Nationstar Mortgage LLC d/b/a Mr. Cooper
      ATTN: Bankruptcy Dept
      P.O. Box 619094
      Dallas, TX 75261-9741

4. On or before May 14, 2020, the Debtor's counsel shall file an Application for Retention of Professional to indicate that the Debtor has in good faith signed and entered into a Listing Agreement (the "Agreement") to sell the Subject Property with a real estate agent.

5. Should the Debtor fail to comply with any of the provisions prescribed within this Order, the court shall enter an Order granting relief from the Automatic Stay on May 14, 2020.