| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (NEWARK)** | Order Filed on April 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>RAS Citron, LLC<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone:  973-575-0707<br>Facsimile: 973-404-8886<br><br><br>Shauna Deluca, Esq. (SD-8248) | |
| In Re:<br><br>**Madhu Agarwal**<br>*aka* **Madhu B Agarwal**<br>*aka* **Madhubala Agarwal,**<br><br>    Debtor. | Case No.:  19-27945-JKS<br><br>Chapter:   13<br><br>Hearing Date:  April 9, 2020<br><br>Judge:   John K. Sherwood |

**INTERIM ORDER ON SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 20, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**

THIS MATTER having come before the Court on the Motion for Relief from the Automatic Stay (the "Motion") filed by RAS Citron, LLC, attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper, as servicer for The Bank of New York Mellon as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-21A (the "Secured Creditor") with respect to the real property commonly known as 419 Esplanade, Maywood, NJ 07607 (the " Subject Property"), and debtor Madhu Agarwal (the "Debtor"), by and through her counsel, Nicholas Fitzgerald, having opposed the Motion; and for good cause shown, it is ORDERED AND DECREED as follows:

1. The hearing on Secured Creditor's Motion, filed on February 25, 2020 at Docket Entry No. 41, is hereby adjourned to May 14, 2020 at 10:00 A.M.

2. The Debtor shall make an adequate protection payment in the amount of $1,727.27 directly to Secured Creditor on or before May 14, 2020. This payment is to be made in good funds via **certified check**.

3. Payments to the Secured Creditor shall be made to the following address:

    - Nationstar Mortgage LLC d/b/a Mr. Cooper
      ATTN: Bankruptcy Dept
      P.O. Box 619094
      Dallas, TX 75261-9741

4. On or before May 14, 2020, the Debtor's counsel shall file an Application for Retention of Professional to indicate that the Debtor has in good faith signed and entered into a Listing Agreement (the "Agreement") to sell the Subject Property with a real estate agent.

5. Should the Debtor fail to comply with any of the provisions prescribed within this Order, the court shall enter an Order granting relief from the Automatic Stay on May 14, 2020.

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                                  Case No. 19-27945-JKS
Madhu Agarwal                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2             User: admin              Page 1 of 1              Date Rcvd: Apr 20, 2020
                                 Form ID: pdf903          Total Noticed: 3

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
db             +Madhu Agarwal,    419 Esplanade,    Maywood, NJ 07607-1959
aty            +Anthony F. Gralewski,    55 College Ave.,    Jersey City, NJ 07305-1513
aty            +Nicholas Fitzgerald,    Fitzgerald and Associates,    649 Newark Avenue,
                 Jersey City, NJ 07306-2341
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Debtor Madhu  Agarwal Fitz2Law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... rsolarz@kmllawgroup.com
              Shauna M Deluca    on behalf of Creditor    The Bank Of New York Mellon sdeluca@rasflaw.com
              Sindi  Mncina    on behalf of Creditor    The Bank Of New York Mellon smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```