| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg   MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on May 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    MADHU AGARWAL | Case No.:  19-27945<br>Hearing Date:  05/14/2020<br>Judge:  JOHN K. SHERWOOD |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: May 15, 2020

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s):  MADHU AGARWAL

Case No.:  19-27945JKS

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 05/14/2020 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 5/14/2020 of the plan filed on 03/23/2020, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 05/28/2020 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

In re:  
Madhu Agarwal  
    Debtor

Case No. 19-27945-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　User: admin　　Page 1 of 1　　Date Rcvd: May 15, 2020  
　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2020.
```
db             +Madhu Agarwal,    419 Esplanade,    Maywood, NJ 07607-1959
aty            +Anthony F. Gralewski,    55 College Ave.,    Jersey City, NJ 07305-1513
aty            +Nicholas Fitzgerald,    Fitzgerald and Associates,    649 Newark Avenue,
                 Jersey City, NJ 07306-2341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
               behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates
               Series 2006-5 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas  Fitzgerald    on behalf of Debtor Madhu  Agarwal Fitz2Law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... rsolarz@kmllawgroup.com
              Shauna M Deluca    on behalf of Creditor    The Bank Of New York Mellon sdeluca@rasflaw.com
              Sindi  Mncina    on behalf of Creditor    The Bank Of New York Mellon smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```