UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**RAS Citron, LLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Shauna Deluca, Esquire. (SD-8248)

In Re:

**Madhu Agarwal**
*aka* **Madhu B Agarwal**
*aka* **Madhubala Agarwal,**
    Debtor.

Order Filed on May 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    19-27945-JKS

Chapter:    13

Hearing Date: March 26, 2020

Judge:    John K. Sherwood

Recommended Local Form:    ☒ Followed    ☐ Modified

### ORDER VACATING STAY and CO-DEBTOR STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: May 20, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of THE BANK OF NEW YORK MELLON as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-21A ("Secured

Page **2**
Debtor:  **Madhu Agarwal *aka* Madhu B Agarwal *aka* Madhubala Agarwal**
Case No.:  **19-27945-JKS**
Caption of Order:  **Order Vacating Stay and Co-Debtor Stay**

---

Creditor") under Bankruptcy Code section 362(d) and 11 U.S.C. § 1301 for relief from the automatic stay and co-debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as: 419 Esplanade, Maywood, New Jersey 07607

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor stay under 11 U.S.C. 1301 is vacated.

Secured Creditor shall serve this Order on the Debtor, Co-Debtor, any trustee, and any other party who entered an appearance on the motion.