Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 19−27945−JKS
> Chapter: 13
> Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Madhu Agarwal
   aka Madhu B Agarwal, aka Madhubala
   Agarwal
   419 Esplanade
   Maywood, NJ 07607

Social Security No.:
   xxx−xx−0311

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/31/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 31, 2020
JAN: zlh

> Jeanne Naughton
> Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                          Case No. 19-27945-JKS
Madhu Agarwal                                                   Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2          Date Rcvd: Jul 31, 2020
                              Form ID: 148                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
db           +Madhu Agarwal,    419 Esplanade,    Maywood, NJ 07607-1959
aty          +Anthony F. Gralewski,    55 College Ave.,    Jersey City, NJ 07305-1513
aty          +Nicholas Fitzgerald,    Fitzgerald and Associates,    649 Newark Avenue,
               Jersey City, NJ 07306-2341
sp           +Fitzgerald & Crouch, P.C.,    649 Newark Avenue,    Jersey City, NJ 07306-2340
cr           +The Bank Of New York Mellon,    RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,
               Duluth, GA 30097-8461
518469312    +Deutsche Bank National Trust Company,    1761 E St Andrew PL,    Santa Ana, CA 92705-4934
518469313    +Eckert Seamans Cherin & Mellot LLC,    Gateway IV, Suite 401,    100 Mulberry St.,
               Newark, NJ 07102-4056
518501482    +Englewood Health,    350 Engle Street,    Englewood, NJ 07631-1898
518602311    +Englewood Hospital,    CCCB,   P.O. Box 1750,    Whitehouse Station, NJ 08889-1750
518501486     Gastroenterology Assoc,    of NJ,   PO Box 51074,    Newark, NJ 07101-5174
518501483    +Gastroenterology Assoc,    of NJ,   842 Clifton Avenue,    Clifton, NJ 07013-1800
518501487    +Imaging Subspecialists,    of North Jersey L,    703 Main Street,    Paterson, NJ 07503-2621
518501484    +Imaging Subspecialists,    of North Jersey L,    PO Box 3607,    Evansville, IN 47735-3607
518469314    +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518469315    +Nissan Motor Acceptance Corp/Infiniti,    Attn: Bankruptcy,    Po Box 660360,
               Dallas, TX 75266-0360
518469316    +RAS Cintron LLC,    130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
518501485    +St. Joseph's Health,    St Josephs University,    Medical Center,    703 Main Street,
               Paterson, NJ 07503-2621
518469317    +Stern Lavinthal & Frankenberg LLC,    105 Eisenhower Parkway, Suite 302,
               Roseland, NJ 07068-1640
518579583    +THE BANK OF NEW YORK MELLON,    P.O. Box 619096,    Dallas TX 75261-9096
518491023    +The Bank Of New York Mellon,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
               Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2020 23:47:25      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2020 23:47:21      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518500504     E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 31 2020 23:53:34
               Advanta Bank Corporation,    Resurgent Capital Services,    PO Box 10368,
               Greenville, SC 29603-0368
518589461    +E-mail/Text: bncmail@w-legal.com Jul 31 2020 23:47:34      CarePoint Health - Physican CHMG,
               C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE 400,    SEATTLE, WA 98121-3132
518598546     E-mail/Text: jennifer.chacon@spservicing.com Jul 31 2020 23:48:23
               Deutsche Bank National Trust Company et al,,    c/o Select Portfolio Servicing, Inc.,
               P.O. Box 65250,    Salt Lake City, UT 84165-0250
518579872     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2020 23:54:24      LVNV Funding LLC,
               c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518469318     EDI: TDBANKNORTH.COM Aug 01 2020 03:04:00     TD Bank,    Attn: Bankruptcy,    1701 Rt 70 E,
               Cherry Hill, NJ 08034
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518469311     Carmen Gonzalez
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 31, 2020
                              Form ID: 148             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
               behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates
               Series 2006-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Debtor Madhu Agarwal Fitz2Law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... rsolarz@kmllawgroup.com
              Shauna M Deluca    on behalf of Creditor    The Bank Of New York Mellon sdeluca@rasflaw.com
              Sindi Mncina    on behalf of Creditor    The Bank Of New York Mellon smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 8
```