| |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> Marie-Ann Greenberg, MAG-1284 <br> Marie-Ann Greenberg, Standing Trustee <br> 30 TWO BRIDGES ROAD <br> SUITE 330 <br> FAIRFIELD, NJ  07004-1550 <br> 973-227-2840 <br> Chapter 13 Standing Trustee | Order Filed on July 31, 2020 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| IN RE: <br>     MADHU AGARWAL | Chapter 13 Case No.:  19-27945 JKS <br><br> HEARING DATE:  06/25/2020 <br><br> Judge:  JOHN K. SHERWOOD |

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: July 31, 2020

Honorable John K. Sherwood
United States Bankruptcy Court

1

Case No.: 19-27945

Caption of Order: ORDER DISMISSING PETITION

---

    THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion for Dismissal of the Debtor(s)' Chapter 13 Petition on, and the Court having been satisified that proper service and notice was effectuated on the Debtor(s) and Debtor(s) counsel, and the Court having considered the Chapter 13 Standing Trustee's report, by reasons set forth in the certification and good and sufficient cause appearing therefrom for the entry of this Order, it is:

    ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice; and it is further

    Pursuant to <u>11 U.S.C. Sec. 349(b)</u> this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

    ORDERED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

United States Bankruptcy Court
District of New Jersey

In re:  
Madhu Agarwal  
    Debtor

Case No. 19-27945-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 31, 2020  
               Form ID: pdf903    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2020.
```
db             +Madhu Agarwal,    419 Esplanade,    Maywood, NJ 07607-1959
aty            +Anthony F. Gralewski,    55 College Ave.,    Jersey City, NJ 07305-1513
aty            +Nicholas Fitzgerald,    Fitzgerald and Associates,    649 Newark Avenue,
                 Jersey City, NJ 07306-2341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
               behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates
               Series 2006-5 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Debtor Madhu  Agarwal Fitz2Law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... rsolarz@kmllawgroup.com
              Shauna M Deluca    on behalf of Creditor    The Bank Of New York Mellon sdeluca@rasflaw.com
              Sindi  Mncina    on behalf of Creditor    The Bank Of New York Mellon smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```