Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19–27945–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　　Madhu Agarwal
　　aka Madhu B Agarwal, aka Madhubala
　　Agarwal
　　419 Esplanade
　　Maywood, NJ 07607
Social Security No.:
　　xxx–xx–0311
Employer's Tax I.D. No.:

---

## FINAL DECREE

　　The estate of the above named debtor(s) has been fully administered.

　　If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

　　ORDERED that Marie–Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 16, 2020</u>　　　　　　<u>John K. Sherwood</u>
　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court